## A89A0901. WOMACK v. THE STATE.
### (394 SE2d 801)

POPE, Judge.

Our judgment in this case at 193 Ga. App. 186 (387 SE2d 336) (1989) has been reversed by the Supreme Court on certiorari. *Womack v. State*, 260 Ga. 21 (389 SE2d 240) (1990). Accordingly, our judgment is vacated and the judgment of the Supreme Court is made the judgment of this court. The judgment of the trial court is reversed.

*Judgment reversed. Banke, P. J., and Sognier, J., concur.*

DECIDED MAY 4, 1990.

*The Garland Firm, Donald F. Samuel*, for appellant.

*Frank C. Winn, District Attorney*, for appellee.